DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MICHAEL A. RICCELLI,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1453

_____

June 3, 2026

Appeal from the Circuit Court for Pinellas County; Susan St. John, Judge.

Blair Allen, Public Defender, and Matthew J. Salvia, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, SMITH, and GUARD, JJ., Concur.

_____

Opinion subject to revision prior publication.